FILED
July 19, 2021
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVEN JALLOUL | CASE NO. 3:20-CR-00436-B |

## SUPERSEDING INFORMATION

The United States Attorney charges:

Count One
Engaging in Monetary Transactions in Property
Derived from Specified Unlawful Activity
(Violation of 18 U.S.C. § 1957)

On or about May 21, 2020, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Steven Jalloul**, knowingly engaged and attempted to engage in a monetary transaction by, through, and to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is, a wire transfer of approximately $100,000 from the bank account of Amical Investment Group, a company that **Jalloul** owned and controlled, to the bank account of Royalty Tax and Financial Services LLC, a company that **Jalloul** owned and controlled, such property having been Paycheck Protection Program (PPP) loan proceeds derived from a specified unlawful activity, that is, wire fraud, in violation of 18 U.S.C. § 1343.

All in violation of 18 U.S.C. § 1957.

<u>Forfeiture Notice</u>
18 U.S.C. § 982

Pursuant to 18 U.S.C. § 982(a)(1), upon conviction of the offense in Count One of this Superseding Information, **Jalloul** shall forfeit to the United States any property, real or personal, involved in such offense, or any property traceable to such property.

Pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b), if any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States intends to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

**[ nothing further on this page ]**

PRERAK SHAH
ACTING UNITED STATES ATTORNEY

_____
FABIO LEONARDI
Assistant United States Attorney
New York Bar No. 24118208
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214-659-8615
Facsimile: 214-659-8809
E-mail: fabio.leonardi@usdoj.gov


_____
MARTY BASU
Assistant United States Attorney
Illinois Bar No. 6302360
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214-659-8600
Facsimile: 214-659-8809
E-mail: marty.basu@usdoj.gov